UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**AMBROCIO MUNOZ-ROJAS,**

    **Petitioner,**

    v.                                    Case No. 26-CV-391

**DAVID GERBER, et al.,**

    **Respondents.**

---

### RULE 4 ORDER

---

    Ambrocio Munoz-Rojas, who is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Walworth County Jail in Elkhorn, Wisconsin, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Hab. Pet., Docket # 1.) Munoz-Rojas has paid the $5 statutory filing fee. (*Id.*) Under Rule 4 of the Rules Governing § 2254 Cases, applicable to § 2241 petitions, *see* Rule 1(b) and Civil Local Rule 9(a)(2), the Court must review and screen the petition. During the screening process, I must dismiss a petition summarily if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Rule 4, Rules Governing § 2254 Cases.

    Munoz-Rojas is a Mexican national who has been present in the United States for approximately 25 years. (Hab. Pet. ¶ 1.) He entered the United States without inspection by crossing the United States/Mexico boarder in approximately 2001. (*Id.* ¶ 11.) Munoz-Rojas was previously placed on house arrest for a traffic violation, which he completed without incident. (*Id.* ¶ 12.) On February 12, 2026, Munoz-Rojas received a Form I-247A,

Immigration Detainer – Notice of Action, indicating that he is in removal proceedings. (*Id.* ¶ 13.) On March 11, 2026, Munoz-Rojas went to the Walworth County Jail to return his electronic monitoring bracelet at the conclusion of his house arrest term for the traffic violation. (*Id.* ¶ 14.) At this time, ICE agents detained him. (*Id.*) Munoz-Rojas has been held since his arrest without a bond hearing at the Walworth County Jail. (*Id.*)

Munoz-Rojas asserts that his continued detention is an unlawful violation of due process and an incorrect interpretation of immigration law. (*Id.* at 5–9.) He requests the Court order the respondents to provide him with an individualized bond hearing before an Immigration Judge, or alternatively, to release him from custody under reasonable conditions of supervision should the respondents fail to timely provide a bond hearing. (*Id.* at 9.) Munoz-Rojas further requests the Court order the respondents to answer the habeas petition and show cause why the writ of habeas corpus should not be granted. (Docket # 3.) Finally, Munoz-Rojas requests the Court issue a temporary restraining order preventing the respondents from removing, transferring, or deporting him pending resolution of his habeas petition. (Docket # 2.)

The Supreme Court has recognized § 2241 petitions as a forum for statutory and constitutional challenges to detention orders in immigration proceedings. *Zadvydas v. Davis*, 533 U.S. 678, 688 (2001). Munoz-Rojas alleges he is being unlawfully detained in violation of immigration law and the Fifth Amendment. Munoz-Rojas requests immediate release or to be granted an individualized bond hearing pursuant to 8 U.S.C. § 1226(a). Based on his petition, I cannot conclude that Munoz-Rojas is plainly not entitled to relief. Under § 2243:

> The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed. The person to whom the writ or order is

directed shall make a return certifying the true cause of the detention.

28 U.S.C. § 2243.

Accordingly, Respondents are ordered to respond to the petition and TRO request by **March 23, 2026**.

## ORDER

**NOW, THEREFORE, IT IS ORDERED** that the Clerk of Court shall promptly serve a copy of the petition and this Order upon David Gerber, Sheriff of the Walworth County Jail, pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**IT IS FURTHER ORDERED** that the Clerk of Court shall promptly serve a copy of the petition and this Order upon Sam Olson, Field Office Director, Chicago Field Office, Immigration and Customs Enforcement, and the United States Attorney for the Eastern District of Wisconsin pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**IT IS ALSO ORDERED** that Respondents shall respond to the petition and TRO request no later than **March 23, 2026**. Petitioner may file a reply no later than five (5) days of receiving Respondents' response.

Dated at Milwaukee, Wisconsin this 12th day of March, 2026.

BY THE COURT

*[signature: Nancy Joseph]*

_____
NANCY JOSEPH
United States Magistrate Judge