# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

AMBROCIO MUNOZ-ROJAS,

    Petitioner,

v.                                       Case No. 26-CV-391

DAVID GERBER, et al.,

    Respondents.

## ORDER DENYING PETITIONER'S EMERGENCY MOTION TO PREVENT TRANSFER OUTSIDE OF THIS DISTRICT

    Ambrocio Munoz-Rojas, who is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Walworth County Jail in Elkhorn, Wisconsin, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Hab. Pet., Docket # 1.) Munoz-Rojas simultaneously filed an emergency motion for a temporary restraining order and preliminary injunction requesting multiple grounds for relief, including: (1) directing respondents to provide Munoz-Rojas with an individualized bond hearing before an immigration judge; (2) alternatively releasing him under reasonable conditions if no hearing is timely held; and (3) ordering respondents not to remove, transfer, deport, or otherwise relocate Munoz-Rojas from the Eastern District of Wisconsin or from the United States pending this Court's final resolution of the petition. (Docket # 2.)

    On March 12, 2026, I ordered respondents to answer both the petition and the TRO request by March 23, 2026. (Docket # 4.) On March 13, 2026, Munoz-Rojas filed a proposed emergency order prohibiting his transfer out of this district. (Docket # 5.) In this proposed order, Munoz-Rojas states that he believes he will be transported outside of this district in a

manner that would deprive this Court of jurisdiction over the pending habeas petition. (*Id.* at 1.) Munoz-Rojas states that he may be transferred to the Dodge County Jail in Juneau, Wisconsin or to the ICE Chicago Field Office. (*Id.*) Munoz-Rojas' motion also requests relief beyond preventing removal from this district. He requests an order preventing his deportation during the course of his habeas proceedings, an order requiring respondents to notify the Court and petitioner's counsel if Munoz-Rojas is moved, and an order ensuring reasonable telephone access between Munoz-Rojas and his counsel. (Docket # 5 at 1–2.)

As to Munoz-Rojas' request preventing transfer to a facility outside of this district, the Dodge County Jail is in the Eastern District of Wisconsin. Thus, a transfer to this facility would not transfer Munoz-Rojas outside of this district. However, even if Munoz-Rojas is transferred to an ICE facility in Chicago, this would not deprive this Court of jurisdiction to hear his habeas petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004) ("[W]hen the Government moves a habeas petitioner after she properly files a petition naming her immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release."); *In re Hall*, 988 F.3d 376, 378 (7th Cir. 2021) ("[A] prisoner's transfer from one federal facility to another during the pendency of a habeas corpus proceeding does not affect the original district court's jurisdiction."). Thus, an order preventing his transfer outside of this district is unnecessary to preserve this Court's jurisdiction over his pending habeas petition. Munoz-Rojas' request for an order preventing his transfer outside of this district is denied.

2

This order addresses only Munoz-Rojas' motion regarding transfer to a detention facility outside of this district. The remainder of the relief Munoz-Rojas requests in his TRO motion will be addressed pursuant to the schedule set in the March 12, 2026 Rule 4 Order.

**NOW, THEREFORE, IT IS ORDERED** that petitioner's emergency request to prevent transfer to a detention facility outside of this district is **DENIED**.

Dated at Milwaukee, Wisconsin this 13th day of March, 2026.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge